
A CERTIFIED TRUE COPY
MAR 2 1 2008
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 5 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: FASTENERS ANTITRUST LITIGATION     MDL No. 1912

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On February 27, 2008, the Panel transferred four civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable R. Barclay Surrick.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Surrick.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of February 27, 2008, and, with the consent of that court, assigned to the Honorable R. Barclay Surrick.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

MAR 2 1 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA CENTRAL** | |
| CAC 2 07-8223 | Ohio Travel Bag, Inc. v. YKK Corp., et al. |
| CAC 2 08-28 | Fojut Investments, LLC, etc. v. William Prym GmbH & Co., KG, et al. |
| CAC 2 08-623 | Jolna Apparel Group LLC v. Coats PLC, et al. |
| **GEORGIA NORTHERN** | |
| GAN 1 07-3000 | Harvey's Divesuits v. William Prym GmbH & Co., KG, et al. |
| GAN 1 08-312 | Olympia Ltd., Inc. v. William Prym GmbH & Co., KG, et al. |
| **NEW YORK SOUTHERN** | |
| NYS 1 07-10324 | Randolph Rand Corp. v. YKK Corp., et al. |
| NYS 1 07-10459 | Immersion Research, Inc. v. William Prym GmbH & Co., KG, et al. |
| NYS 1 07-10641 | Joseph Abboud Manufacturing Corp. v. William Prym GmbH & Co., KG, et al. |
| NYS 1 07-10662 | Alliance Thread & Supply, Inc. v. William Prym GmbH & Co., KG, et al. |
| NYS 1 08-51 | Juno Knitting Mills, Inc. v. William Prym GmbH & Co., KG, et al. |