# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE FASTENERS ANTITRUST LITIGATION | : : : : | Civil Action No.: 08-md-01912-RBS<br>MDL No. 1912 |

## WITHDRAWAL OF APPEARANCE OF COUNSEL

Ruthanne Gordon, of Berger & Montague, P.C., hereby withdraws from representation of Plaintiff Joseph Abboud Manufacturing Corp. in the above-captioned case. Plaintiff Joseph Abboud Manufacturing Corp. continues to be represented by Peter R. Kohn, of Berger & Montague, P.C.

Dated: June 4, 2008                    Respectfully submitted,

                                       By:    /s/ Ruthanne Gordon
                                              Ruthanne Gordon
                                              **BERGER & MONTAGUE, P.C.**
                                              1622 Locust Street
                                              Philadelphia, PA 19103
                                              (215) 875-3000
                                              (215) 875-4604
                                              rgordon@bm.net

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 4, 2008, I caused to be served true and correct copies of the Withdrawal of Appearance of Counsel on all counsel of record via ECF.

*Candice Enders*
Candice J. Enders

malta437332-00d.wpd