UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: FASTENERS<br>ANTITRUST LITIGATION | Civil Action No. 2:08-md-01912-RBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## NOTICE OF WITHDRAWAL OF COUNSEL

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTE THAT Joseph F. Wayland is no longer affiliated with Simpson Thacher & Bartlett LLP and should be removed from the Court's service list with respect to the above-captioned proceeding. Defendants Coats plc, Coats Holdings Inc., Coats North America de Republica Dominicana, Coats American Inc. and Coats & Clark will continue to be represented by Simpson Thacher & Bartlett LLP through its attorney Jonathan K. Youngwood and by Buchanan Ingersoll & Rooney through its attorney Steven E. Bizar. All future correspondence and papers in this action should continue to be directed to them.

Dated: New York, New York
    September 29, 2010

SIMPSON THACHER & BARTLETT LLP

By: /s/ Jonathan K. Youngwood
Jonathan K. Youngwood
(jyoungwood@stblaw.com)
425 Lexington Avenue
New York, New York 10017-3954
Tel.: (212) 455-2000
Fax: (212) 455-2502

*Attorneys for Coats plc, Coats Holdings Inc., Coats North America de Republica Dominicana, Coats American Inc. and Coats & Clark*