# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE FASTENERS ANTITRUST LITIGATION | No. 2:08-md-01912-RBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF JASON A. ZWEIG

Please withdraw the appearance of Jason A. Zweig as counsel for Plaintiffs in the above captioned matter. This Notice is precipitated by Mr. Zweig's departure from the law firm of Kaplan Fox & Kilsheimer LLP.  Kaplan Fox & Kilsheimer LLP will continue to appear on behalf of Plaintiffs and no delay in the progress of this action will result from the withdrawal of Mr. Zweig.

Dated:  March 4, 2011                                      By:  /s/ *Jason A. Zweig*

Jason A. Zweig
Hagens Berman Sobol Shapiro LLP
One Penn Plaza
36th Floor
New York, NY 10119
Tel: (212) 752-5455
Fax: (917) 210-3980
Email: jasonz@hbsslaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 4, 2011, I caused the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE OF JASON A. ZWEIG to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

      /s/ Jason A. Zweig  
      Jason A. Zweig