IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE FASTENERS ANTITRUST LITIGATION | : CIVIL ACTION : : NO. 08-md-1912 |

# ORDER

**AND NOW**, this   12th   day of   August   2011, upon consideration of Coats plc's Motion to Dismiss the Complaint for Lack of Personal Jurisdiction (ECF No. 69), Defendants' Joint Motion to Dismiss the Complaint (ECF No. 70), Defendant YKK Corporation's Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 71), Coats plc's Motion to Dismiss the Complaint for Lack of Personal Jurisdiction (ECF No. 73), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Coats plc's Motion to Dismiss the Complaint for Lack of Personal Jurisdiction (ECF No. 69) is **DISMISSED**.[1]

2. Defendants' Joint Motion to Dismiss the Complaint (ECF No. 70) is **DENIED**.

3. Defendant YKK Corporation's Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 71) is **DENIED**.

4. With respect to Coats plc's Motion to Dismiss the Complaint for Lack of Personal Jurisdiction (ECF No. 73), Plaintiffs will be permitted to take jurisdictional discovery to determine the proper Coats parties in this lawsuit. Limited discovery shall be completed within sixty (60) days of the date hereof. A motion to amend

---

[1] Coats plc filed this Motion in error and thereafter filed a corrected version. (*See* ECF Nos. 69, 73.)

       the complaint may be filed within ten (10) days of the completion of the jurisdictional discovery. A renewed motion to dismiss pursuant to Rule 12(b)(2) may be filed by Coats Defendants.

5.     This action is stayed against Defendant Scovill Fasteners and the Clerk of Court is directed to place this case against Scovill Fasteners in civil suspense pending the conclusion of the bankruptcy proceedings filed by Scovill Fasteners in the United States Bankruptcy Court for the Northern District of Georgia. Scovill Fasteners shall notify the Court within thirty (30) days of completion of the bankruptcy proceedings.

**IT IS SO ORDERED.**

                                           **BY THE COURT:**

                                           **R. BARCLAY SURRICK, J.**