IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE FASTENERS ANTITRUST LITIGATION | :<br>:    CIVIL ACTION<br>:<br>:    NO. 08-1912 |

**O R D E R**

**AND NOW**, this  6th  day of  August  2012, upon consideration of Defendants' Joint Motion for Section 1292(b) Certification for Immediate Appeal (ECF No. 94), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**