IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE FASTENERS ANTITRUST LITIGATION | : : : : | CIVIL ACTION<br><br>NO. 08-md-1912 |

## **O R D E R**

**AND NOW**, this   27th   day of   January  , 2014, upon consideration of Co-Lead Counsel's Joint Petition for Award of Counsel Fees, Payment of Costs and Expenses and Award of Incentive Payments to the Class Representatives (ECF No. 129), and after a fairness hearing on January 10, 2014, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Class Counsel are awarded counsel fees in the amount of $5.85 million, with accrued interest.

3. Class Counsel are awarded reimbursement of costs and expenses in the amount of $337,667.72, with accrued interest.

4. Co-Lead Counsel are responsible for allocating and distributing counsel fees and expenses to be paid to Class Counsel.

5. Incentive awards in the amount of $5,000 are each awarded to the four Class Representatives:  Fishman & Tobin, Greco Apparel, Inc., Jolna Apparel Group LLC, and Norman Shatz Co., U.S.A.

6. The Court retains jurisdiction over the Settlement Agreements to include resolution of any matters which may arise related to the allocation and distribution of counsel's fees and expenses to Class Counsel.

**IT IS SO ORDERED.**

                                        **BY THE COURT:**

                                        _____
                                        **R. BARCLAY SURRICK, J.**